No. 82–6595. SYNESAEL, DECEASED, BY HER GUARDIAN, DROOK, ET AL. *v.* LING, DIRECTOR OF THE DEPARTMENT OF

1122

PUBLIC WELFARE OF TIPPECANOE COUNTY, ET AL. C. A. 7th Cir. Certiorari denied. ▮